## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Third Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the District of New Jersey during the period of October 1, 2024 through March 31, 2025. The

## HONORABLE LEO M. GORDON

a Senior Judge of the United States Court of International Trade has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 293(a), I do hereby designate and assign the Honorable Leo M. Gordon to perform judicial duties in the United States District Court for the District of New Jersey for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. 6/28/24

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy